■ GERARD A. MILLER, Appellant, v JOHN T. ROCHE, Respondent. (Appeal No. 1.) [643 NYS2d 461] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from

Order of Supreme Court, Suffolk County, Newmark, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.